UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IRONSHORE INDEMNITY, INC.,

        Plaintiff,

v.                                Case No. 8:10-cv-1422-T-33AEP

BANYON 1030-32, LLC
BANYON CAPITAL, LLC,
BANYON FUNDING, LLC,
BANYON RESOURCES, LLC,
BANYON INVESTMENTS, LLC (Delaware),
BANYON INVESTMENTS, LLC (Nevada),
BANYON USVI, LLC, and
BANYON INCOME FUND, LP.,

        Defendants.
_____/

## ORDER

    This matter is before the Court pursuant to Defendant Banyon 1030-32, LLC's Suggestion of Involuntary Bankruptcy (Doc. # 13), which was filed on August 20, 2010. Defendant Banyon 1030-32, LLC represents that an involuntary Chapter 7 Bankruptcy Petition was filed by its creditors in the United States Bankruptcy Court for the Southern District of Florida under case number 10-33691-BK-JKO.

    As there are numerous defendants in this case, this Court directs Plaintiff to advise whether it elects to proceed against the non-bankrupt entities or, in the alternative, whether Plaintiff elects to stay this matter in its entirety due to Defendant Banyon 1030-32, LLC's bankruptcy proceedings.

    Accordingly, pursuant to 11 U.S.C. § 362(a), it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. This case is **STAYED** and **ADMINISTRATIVELY CLOSED** as to Defendant Banyon 1030-32, LLC, **ONLY**. No further action will be taken as to Defendant Banyon 1030-32, LLC until such time as the bankruptcy court lifts the stay or the stay lapses.

2. Plaintiff shall notify the Court in writing on or before September 7, 2010, whether the action should proceed against the non-bankrupt entities or, in the alternative, whether the case should be stayed in its entirety.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 23rd day of August 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Parties of Record