# EXHIBIT 42

**From:** Scott Rothstein <srothstein@rra-law.com>
**Sent:** Tuesday, April 7, 2009 9:44 PM
**To:** Fpreve@aol.com
**Subject:** RE: Regent

I am with my bar lawyer....she is trying to help as best she can....
I will figure out what clients they are......I have to try to match up the names with case numbers and I have to go back to the office to do that...I am at her office now.
I am being grieved for promising funding to clients and not fulfilling the promise.
For getting them to settle based upon a promise of funding and not funding.
The actual grievance says that I made false statements to clients to cause them to settle a case.
That I made false statements regarding my ability to obtain funding for them.
That I advised a client that I had the present ability to fund when I was, in reality, shopping the case after the fact.
That I engaged in behavior contrary to the rules regulating the florida bar.
That I misled a client.
That i engaged in behavior likely to cause harm to the client.
That I misrepresented my ability to provide early funding.
That I should have locked in the funding before discussing same with client.
They do not care that I am not the lender. I advised the client that I have a lending source. The second I say that I need to produce. I did not.
Some of these cases go back to January.

Do not say anything about any of this in the default letter. I need to distance myself from these fucks.
All you need to say in the letter is that their actions and inaction have caused harm to your business relationship with the source of the settlements.
Do not mention me by name in the letter. I am not in privity with them and do not want to be.
All they need to be told is that they failed to fund under their agreement causing irreparable harm to your source of business.
Love ya

---

**From:** Fpreve@aol.com [mailto:Fpreve@aol.com]
**Sent:** Tuesday, April 07, 2009 9:00 PM
**To:** Scott Rothstein
**Subject:** Re: Regent

I really need to know the case numbers of the grievances.....I want to illustrate in default letter the disaster they are causing us........I also need you to explain why you are involved with the process...you are not the lender...we are..........please do not ignore my basic requests so that I sit here drooling over my keyboard awaiting a response.......

Frank Preve

Tel 954-646-4756
Fax 954-252-4399
CONFIDENTIAL: This message, including its contents and attachments, if any, are confidential. If you are not the named recipient, please notify us and immediately delete. You may not disseminate, distribute or forward this e-mail message or disclose its contents to anybody else.

In a message dated 4/7/2009 7:49:46 P.M. Eastern Daylight Time, srothstein@rra-law.com writes:

> Who is regent investors....mayer is calling me about them???
>
> Sent via BlackBerry by AT&T

FP112310-0161356/1



**A Good Credit Score is 700 or Above. <u>See yours in just 2 easy steps!</u>**